Exhibit "A"

| AAA Number | Claim Number | Caption | Ad Damnum |
|---|---|---|---|
| 41-21-1221-9530 | 0611165500101030 | Avk Rx Inc AAO Filomeno Castro v. GEICO General Insurance Company | $ 1,897.14 |
| 41-21-1222-4984 | 0394466730101043 | Avk Rx Inc AAO Jillian Giangrande v. GEICO Indemnity Company | $ 1,897.14 |
| 41-21-1228-7191 | 8728642730000001 | AVK RX INC AAO Alex Chechelnitsky v. GEICO General Insurance Company | $ 1,897.14 |
| 41-21-1228-7292 | 0681354880000001 | AVK RX INC AAO Steven Morales v. GEICO General Insurance Company | $ 2,030.84 |
| 41-21-1228-7294 | 0603953190000001 | AVK RX INC AAO Mikhail Epelbaum v. GEICO General Insurance Company | $ 1,897.14 |
| 41-21-1228-7296 | 0591838540000002 | AVK RX INC AAO Oskar Jacunski v. GEICO General Insurance Company | $ 1,488.30 |
| 41-21-1229-8261 | 0603953190000001 | Avk Rx Inc AAO Nadezhda Ruzhinskya v. GEICO General Insurance Company | $ 1,897.14 |
| 41-21-1229-8245 | 0445068000101051 | AVK RX INC AAO Jahnelle Henry v. GEICO Indemnity Company | $ 1,118.97 |
| 41-21-1229-8253 | 8714752340000001 | Avk Rx Inc AAO Darrien Stroman v. GEICO Indemnity Company | $ 1,897.14 |
| 41-21-1232-9644 | 0584716420101011 | AVK RX INC AAO Maryse Jean v. GEICO General Insurance Company | $ 6,251.20 |
| 41-22-1242-9859 | 0464463030101036 | Avk Rx Inc AAO Keshawn Smith v. GEICO General Insurance Company | $ 3,217.34 |
| 41-22-1255-2652 | 0071398680101116 | AVK RX INC AAO Rosa Aksanov v. GEICO General Insurance Company | $ 1,897.14 |
| 41-22-1255-5019 | 0584716420101011 | AVK RX INC AAO Maryse Jean v. GEICO General Insurance Company | $ 3,125.60 |
| 41-22-1255-5003 | 0584716420101011 | AVK RX INC AAO Maryse Jean v. GEICO General Insurance Company | $ 3,987.84 |
| 41-22-1255-6253 | 0659408890000001 | AVK RX, INC. / Michele Munoz vs. Geico Insurance Company | $ 3,217.34 |
| 41-22-1256-0129 | 0672062610000001 | Avk Rx Inc AAO Iana Veres v. GEICO General Insurance Company | $ 1,897.20 |
| 41-22-1256-0033 | 0537681630101031 | AVK RX INC AAO Tiffany Washington v. GEICO General Insurance Company | $ 2,030.84 |
| 41-22-1258-3404 | 0544202260101016 | Avk Rx Inc AAO Laverne Jones v. GEICO Indemnity Company | $ 2,631.20 |
| 41-22-1258-3409 | 8676267780000002 | AVK RX INC AAO Kennardo Foster v. GEICO Secure Insurance Company | $ 2,631.20 |
| 41-22-1258-9935 | 0503050860101052 | Avk Rx Inc AAO Tyrone Powell v. GEICO Indemnity Company | $ 2,667.40 |
| 41-22-1259-0506 | 0671109530000001 | Avk Rx Inc AAO Garlens Estime v. GEICO Indemnity Company | $ 2,886.40 |
| 41-22-1259-0185 | 0678092600000003 | Avk Rx Inc AAO Malaika Songster v. GEICO Indemnity Company | $ 2,631.20 |
| 41-22-1259-0499 | 0502648750101016 | Avk Rx Inc AAO Ceara Alexander v. GEICO Indemnity Company | $ 2,822.00 |
| 41-22-1259-0502 | 0440043500101026 | AVK RX INC AAO Martin Dey v. GEICO General Insurance Company | $ 2,631.20 |
| 41-22-1259-2088 | 0631349820000001 | AVK RX INC AAO Daniel Dihomirov v. GEICO Indemnity Company | $ 2,631.20 |
| 41-22-1259-3263 | 0544132700101081 | AVK RX INC AAO Samantha Siegel v. GEICO General Insurance Company | $ 5,262.40 |
| 41-22-1259-2058 | 0631349820000001 | AVK RX INC AAO Daniel Dihomirov v. GEICO Indemnity Company | $ 2,631.20 |
| 41-22-1260-3393 | 0678092600000003 | AVK RX INC AAO James Joseph v. GEICO Indemnity Company | $ 2,631.20 |
| 41-23-1292-7128 | 8699236780000001 | AVK RX INC AAO Gloria Ramos v. GEICO Indemnity Company | $ 2,724.84 |
| 41-22-1255-3378 | 0307683850101062 | Avk Rx Inc AAO Muriel Gillard v. GEICO Indemnity Company | $ 1,334.63 |
| 41-22-1255-1582 | 0468076900101127 | AVK RX INV AAO Baba Ly v. GEICO General Insurance Company | $ 1,390.80 |
| 41-23-1300-0831 | 0172987730101048 | AVONORA AAO Gurucharran Kalika v. GEICO General Insurance Company | $ 1,239.07 |
| 41-23-1295-3937 | 0476392750101144 | AVONORA INC AAO Cassanna Lee-Small v. Government Employees Insurance Company | $ 1,907.23 |
| 41-23-1295-3916 | 0650220260000001 | AVONORA INC AAO Phyllis Johnson v. GEICO General Insurance Company | $ 1,448.47 |
| 41-23-1295-7572 | 8762401320000003 | AVONORA INC AAO Fatima Crawford v. GEICO Indemnity Company | $ 1,453.47 |
| 41-23-1295-7585 | 8770891700000001 | AVONORA INC AAO Anthony Harris v. GEICO Secure Insurance Company | $ 1,234.04 |
| 41-23-1295-7456 | 8748774090000002 | AVONORA INC AAO Dwayne Lyttleton v. GEICO Indemnity Company | $ 1,685.44 |
| 41-23-1295-7458 | 8715634170000004 | AVONORA INC AAO Elsie Pierre v. Government Employees Insurance Company | $ 2,196.90 |
| 41-23-1295-7435 | 0283707930101096 | Avonora Pharmacy AAO Raymond Legrand v. GEICO Indemnity Company | $ 2,101.90 |
| 41-23-1295-7440 | 0283707930101096 | AVONORA INC AAO Micheline Legrand v. GEICO Indemnity Company | $ 1,539.04 |
| 41-23-1299-6700 | 8731434610000001 | AVONORA INC AAO Natasha Cassie-Gomez v. GEICO Indemnity Company | $ 1,359.58 |
| 41-23-1299-6703 | 8731434610000001 | AVONORA INC AAO Kimraj Balgobin v. GEICO Indemnity Company | $ 1,568.74 |
| 41-23-1300-0829 | 8762401320000003 | AVONORA INC AAO Fatima Crawford v. GEICO Indemnity Company | $ 2,636.20 |
| 41-23-1300-0826 | 8722583110000005 | AVONORA INC AAO Deo Prasad v. GEICO Casualty Company | $ 2,117.16 |
| 41-23-1300-0820 | 0581277860101019 | AVONORA INC AAO Ajit Persaud v. GEICO General Insurance Company | $ 1,239.07 |
| 41-23-1300-0815 | 0207785090101014 | AVONORA INC AAO Milton Burton v. Government Employees Insurance Company | $ 1,718.69 |
| 41-23-1300-0813 | 8770891700000001 | Avonora, Inc. / Anthony Harris vs. Geico Insurance Company | $ 2,195.66 |
| 41-23-1300-0811 | 0646250440000002 | AVONORA INC AAO Chandradat Lachman v. GEICO Indemnity Company | $ 2,195.40 |
| 41-23-1300-0809 | 8755478600000004 | AVONORA INC AAO Alixe Charlot v. GEICO General Insurance Company | $ 1,539.04 |
| 41-23-1300-0806 | 8707981110000003 | AVONORA INC AAO Adebisi Oduyemi v. GEICO General Insurance Company | $ 1,388.90 |
| 41-23-1300-0804 | 0404953750101028 | AVONORA INC AAO Kenneth Okoro v. GEICO General Insurance Company | $ 1,981.00 |
| 41-23-1300-0802 | 0611793650000001 | AVONORA INC AAO Bonetta Dhanraj v. GEICO General Insurance Company | $ 2,236.90 |
| 41-23-1300-0799 | 0440565670101029 | AVONORA INC AAO Jerome Gooden v. GEICO General Insurance Company | $ 2,293.00 |
| 41-23-1300-0796 | 8734763090000002 | AVONORA INC AAO S Henrysimeona v. GEICO General Insurance Company | $ 1,354.94 |
| 41-23-1300-0833 | 8722583110000005 | AVONORA INC AAO Errol Dabydeen v. GEICO Casualty Company | $ 1,986.16 |
| 41-23-1300-3966 | 0317866540101042 | AVONORA INC AAO Deborah Sampson v. GEICO General Insurance Company | $ 2,203.90 |
| 41-23-1300-3968 | 0478333140101041 | AVONORA INC AAO Terrence Simpson v. GEICO General Insurance Company | $ 1,448.60 |
| 41-23-1300-3949 | 0476392750101144 | AVONORA INC AAO Brian Small v. Government Employees Insurance Company | $ 2,236.90 |
| 41-23-1300-6336 | 0140113930101328 | AVONORA INC AAO Kenneth Edmonds v. GEICO General Insurance Company | $ 3,371.99 |
| 41-23-1301-1712 | 0606982880101017 | AVONORA INC AAO Hipolito Morales v. GEICO General Insurance Company | $ 2,239.20 |
| 41-21-1222-6297 | 8673118900000001 | Avonora Pharmacy AAO Sylvester Medley v. GEICO Indemnity Company | $ 2,301.40 |
| 41-21-1225-0835 | 0675313610000005 | Avonora Pharmacy AAO Kevin Dacosta v. GEICO Indemnity Company | $ 481.36 |

Government Employees Insurance Company, et al v. Avonora Inc. et al
Exhibit "A"

| AAA Number | Claim Number | Caption | Ad Damnum |
|---|---|---|---|
| 41-21-1228-8799 | 0317274500101071 | AVONORA PHARMACY INC AAO Anthea Pierre v. Government Employees Insurance Company | $ 2,378.35 |
| 41-21-1229-8568 | 0108457980101382 | Avonora Pharmacy AAO Gloria Palmer v. GEICO Indemnity Company | $ 2,988.80 |
| 41-21-1230-4765 | 0540718050000003 | AVONORA INC AAO Ashraf Girgis v. GEICO General Insurance Company | $ 2,988.80 |
| 41-22-1233-4639 | 0555672700101016 | Avonora Pharmacy AAO Lebert Whyte v. GEICO Indemnity Company | $ 2,988.80 |
| 41-22-1235-2510 | 0555672700101016 | AVONORA PHARMACY INC AAO Lebert Whyte v. GEICO Indemnity Company | $ 2,988.80 |
| 41-22-1239-2333 | 8724792340000001 | Avonora Pharmacy AAO Raven Skinner v. GEICO Indemnity Company | $ 362.40 |
| 41-22-1241-1702 | 0667417780000007 | AVONORA PHARMACY INC AAO Dwayne Ricketts v. GEICO Indemnity Company | $ 2,988.80 |
| 41-22-1242-3021 | 0669832490000001 | Avonora Pharmacy AAO Oluwole Ojudun v. Government Employees Insurance Company | $ 5,977.60 |
| 41-22-1243-4531 | 0273339970101014 | AVONORA PHARMACY INC AAO Clifferd Blanc v. GEICO General Insurance Company | $ 424.11 |
| 41-22-1247-7293 | 0559751610000001 | AVONORA PHARMACY INC AAO Danso Asamoah v. Danso Asamoah | $ 357.40 |
| 41-22-1247-7279 | 0085231730101219 | AVONORA PHARMACY INC AAO Tufail Khan v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1247-7284 | 0638460050000001 | AVONORA PHARMACY INC AAO Deonarine Sugrim v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1247-7258 | 0036720210101286 | AVONORA PHARMACY INC AAO Narcisa Leon v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1247-7229 | 0654109010101012 | AVONORA PHARMACY INC AAO Abdel Mesluh v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1247-7261 | 0649901980101016 | AVONORA PHARMACY INC AAO Bibi Ali v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1247-6997 | 8723865220000001 | AVONORA PHARMACY INC AAO Andre Millington v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1247-8660 | 8687164350000004 | Avonora Pharmacy AAO Azeem Haamid v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1247-8662 | 0682543700000001 | Avonora Pharmacy AAO Crisleydy Gomez-Gonzalez v. GEICO General Insurance Company | $ 2,349.94 |
| 41-22-1247-8665 | 0566510680101017 | Avonora Pharmacy AAO Lucas Castillo v. Government Employees Insurance Company | $ 2,936.09 |
| 41-22-1247-8768 | 0389413910101122 | Avonora Pharmacy AAO Adrienne Crudup v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1247-9194 | 0683776890000003 | Avonora Pharmacy AAO Juliet Chidobe v. Government Employees Insurance Company | $ 714.80 |
| 41-22-1247-8727 | 8713784110000001 | Avonora Pharmacy AAO Caroline Williams v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1247-8728 | 0306447170101131 | Avonora Pharmacy AAO Aja Holmes v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1248-1546 | 8718644270000002 | AVONORA PHARMACY INC AAO Jyorhan Greene v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1248-3562 | 0642040150000001 | AVONORA PHARMACY INC AAO Lilian Ibejiuba v. GEICO Indemnity Company | $ 714.80 |
| 41-22-1248-0867 | 0667417780000007 | Avonora, Inc. / Dwayne Ricketts vs. Geico Insurance Company | $ 357.40 |
| 41-22-1248-6516 | 8710816000000001 | AVONORA, INC. AAO Rene Ledesma v. GEICO INSURANCE COMPANY | $ 714.80 |
| 41-22-1250-3766 | 0512490400101058 | AVONORA PHARMACY INC AAO Alana Mccollum v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1250-3973 | 0496469960000003 | AVONORA PHARMACY INC AAO Kenny Perez v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1250-3356 | 0483045080101040 | AVONORA PHARMACY INC AAO Margo Young v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1255-3390 | 8696885870000001 | AVONORA PHARMACY INC AAO Cristian Gomez Quizpe v. Government Employees Insuran | $ 2,988.80 |
| 41-22-1255-6222 | 8723120100000001 | AVONORA INC AAO Jeremy Mahabal v. GEICO General Insurance Company | $ 357.40 |
| 41-22-1255-6261 | 0288637040101175 | AVONORA INC AAO Sharon Morrison v. GEICO Indemnity Company | $ 2,988.80 |
| 41-22-1255-8535 | 0311029410101089 | Avonora Pharmacy AAO Jose Rivera v. GEICO General Insurance Company | $ 714.80 |
| 41-22-1256-0301 | 0306670210101159 | AVONORA PHARMACY INC AAO Danny Ynoa v. GEICO Indemnity Company | $ 357.40 |
| 41-22-1256-0058 | 0117302280101099 | Avonora Pharmacy AAO Cynthia Wilkerson v. GEICO General Insurance Company | $ 714.80 |
| 41-22-1255-9052 | 0667468890000002 | Avonora Pharmacy AAO Delmesha Perkins v. GEICO General Insurance Company | $ 2,874.51 |
| 41-22-1256-0912 | 8724647260000001 | Avonora Pharmacy AAO Tony Simmons v. GEICO Indemnity Company | $ 357.40 |
| 41-23-1282-4391 | 0638194490000002 | AVONORA PHARMACY INC AAO Natalee Grant v. GEICO Indemnity Company | $ 667.09 |
| 41-22-1258-3406 | 8702236420000002 | Avk Rx Inc AAO Joey Scott v. GEICO Indemnity Company | $ 2,631.20 |
| 41-23-1292-6975 | 0478569730101119 | AVK RX INC AAO Carmen Luna v. GEICO General Insurance Company | $ 2,642.00 |
| | | | $ 190,581.16 |