# Exhibit "B"

**Government Employees Insurance Company, et al v. Avonora Inc. et al**

**Exhibit "B"**

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 0626841250101013 | AVK RX INC | $ 2,084.85 | Denied | NO |
| 0548221330101025 | AVK RX INC | $ 1,366.38 | Denied | NO |
| 0515612480101051 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0537626660101100 | AVK RX PHARMACY | $ 2,229.10 | Denied | NO |
| 0009772360101252 | AVK RX INC | $ 455.59 | Denied | NO |
| 0186401700101088 | AVONORA PHARMACY | $ 1,999.08 | Denied | NO |
| 0665201740000001 | AVK RX INC | $ 3,126.08 | Denied | NO |
| 0311218480101023 | AVONORA PHARMACY INC | $ 1,999.08 | Denied | NO |
| 0498085660101015 | AVONORA PHARMACY | $ 59.83 | Denied | NO |
| 0354223780101079 | AVK RX INC | $ 2,016.04 | Denied | NO |
| 0665201740000001 | AVK RX INC | $ 3,126.08 | Denied | NO |
| 0518346860101050 | AVK RX INC | $ 2,087.24 | Denied | NO |
| 0650220260000001 | AVONORA PHARMACY | $ 1,608.68 | Denied | NO |
| 0515612480101051 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0162713620101099 | AVONORA INC | $ 2,193.50 | Denied | NO |
| 0645238130000003 | AVK RX INC | $ 2,078.60 | Denied | NO |
| 0575840830101030 | AVONORA INC | $ 175.98 | Denied | NO |
| 0637577330000001 | AVK RX INC | $ 2,506.34 | Denied | NO |
| 0630999760000001 | AVONORA INC B | $ 1,359.40 | Denied | NO |
| 0433754010101060 | AVONORA INC | $ 1,994.08 | Denied | NO |
| 0653232560000002 | AVK RX INC | $ 3,217.34 | Denied | NO |
| 0286153070101037 | AVONORA PHARMACY | $ 2,954.37 | Denied | NO |
| 0428449650101072 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0658542780000001 | AVK RX INC | $ 1,355.08 | Denied | NO |
| 0395587650101264 | AVK RX INC | $ 2,183.89 | Denied | NO |
| 0645238130000003 | AVK RX INC | $ 1,228.68 | Denied | NO |
| 0618342590101010 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0664609430101019 | AVK RX INC | $ 2,268.68 | Denied | NO |
| 0229040900101016 | AVK RX INC | $ 1,897.20 | Denied | NO |
| 0419170510101022 | AVK RX INC | $ 3,125.17 | Denied | NO |
| 0478293490101049 | AVONORA PHARMACY | $ 1,994.08 | Denied | NO |
| 0229040900101017 | AVK RX INC | $ 1,897.20 | Denied | NO |
| 0283707930101096 | AVONORA INC | $ 2,101.30 | Denied | NO |
| 0444556070101015 | AVONORA INC | $ 1,539.04 | Denied | NO |
| 8772335850000001 | AVONORA | $ 2,101.30 | Denied | NO |
| 0528633680101054 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0517266780101047 | AVK RX INC | $ 489.44 | Denied | NO |
| 8724792340000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0644847990101012 | AVK RX PHARMACY | $ 948.60 | Denied | NO |
| 0447386190101060 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0647841820000002 | AVK RX INC | $ 1,321.48 | Denied | NO |
| 0625686750000004 | AVK RX INC | $ 1,369.80 | Denied | NO |

**Government Employees Insurance Company, et al v. Avonora Inc. et al**
**Exhibit "B"**

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 0619198990000003 | AVK RX INC | $ 1,045.32 | Denied | NO |
| 0684090580000001 | AVK RX INC | $ 2,653.60 | Denied | NO |
| 0653232560000002 | AVK RX INC | $ 3,217.34 | Denied | NO |
| 8774077730000001 | AVONORA INC | $ 1,569.34 | Denied | NO |
| 8717827030000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0425118320101090 | AVK RX INC | $ 1,897.20 | Denied | NO |
| 0021852250101051 | AVONORA PHARMACY | $ 260.66 | Denied | NO |
| 0170484740101044 | AVK RX INC | $ 2,822.20 | Denied | NO |
| 0604792290000001 | AVK RX INC | $ 1,218.72 | Denied | NO |
| 0632597530000001 | AVK RX INC | $ 923.80 | Denied | NO |
| 0618342590101010 | AVK RX INC | $ 2,087.24 | Denied | NO |
| 0555883860101091 | AVONORA INC | $ 2,101.30 | Denied | NO |
| 0556001720101036 | AVK RX INC | $ 1,366.38 | Denied | NO |
| 0348402690101026 | AVONORA PHARMACY | $ 1,994.08 | Denied | NO |
| 0398682980101161 | AVK RX INC | $ 1,258.36 | Denied | NO |
| 0674551360000004 | AVK RX INC | $ 619.44 | Denied | NO |
| 8697457810000001 | AVK RX INC | $ 1,228.88 | Denied | NO |
| 0425118320101090 | AVK RX INC | $ 1,228.40 | Denied | NO |
| 0507380200101017 | AVK RX INC | $ 1,345.16 | Denied | NO |
| 0478569730101119 | AVK RX INC | $ 2,183.24 | Denied | NO |
| 0162713620101099 | AVONORA INC | $ 2,193.50 | Denied | NO |
| 0311218480101023 | AVONORA INC | $ 1,998.08 | Denied | NO |
| 0298749070101080 | AVK RX INC | $ 1,321.00 | Denied | NO |
| 0672062610000001 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0626841250101013 | AVK RX INC | $ 1,980.70 | Denied | NO |
| 8699236780000001 | AVK RX INC | $ 1,362.10 | Denied | NO |
| 8710419520000001 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0644847990101012 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0643454310000002 | AVK RX INC | $ 1,488.30 | Denied | NO |
| 8717971930000001 | AVK RX INC | $ 1,228.40 | Denied | NO |
| 0285582200101074 | AVK RX INC | $ 1,228.40 | Denied | NO |
| 0651224080101033 | AVK RX INC | $ 1,321.48 | Denied | NO |
| 0604792290000001 | AVK RX INC | $ 1,218.72 | Denied | NO |
| 0544409810101010 | AVK RX INC | $ 2,631.20 | Denied | NO |
| 0304949240101025 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0567552210101024 | AVK RX INC | $ 1,116.37 | Denied | NO |
| 0676304260000003 | AVK RX INC | $ 2,098.24 | Denied | NO |
| 0123607260101070 | AVONORA PHARMACY | $ 1,994.08 | Denied | NO |
| 0567552210101024 | AVK RX INC | $ 162.80 | Denied | NO |
| 0321101840101273 | AVK RX INC | $ 3,217.34 | Denied | NO |
| 0478293490101049 | AVONORA INC | $ 1,994.03 | Denied | NO |
| 0039359090101424 | AVK RX INC | $ 1,933.04 | Denied | NO |

**Government Employees Insurance Company, et al v. Avonora Inc. et al**
**Exhibit "B"**

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 8708588120000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 8776554800000001 | AVONORA INC | $ 1,449.94 | Denied | NO |
| 0176161940000008 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0636849880101011 | AVK RX INC | $ 105.04 | Denied | NO |
| 0584716420101011 | AVK RX INC | $ 3,977.84 | Denied | NO |
| 0298521530101036 | AVK RX INC | $ 2,030.90 | Denied | NO |
| 0186401700101088 | AVONORA PHARMACY INC | $ 1,999.08 | Denied | NO |
| 8704019070000002 | AVONORA INC | $ 1,795.74 | Denied | NO |
| 0425118320101090 | AVK RX INC | $ 619.20 | Denied | NO |
| 0238825240101018 | AVONORA INC | $ 2,003.37 | Denied | NO |
| 0162713620101099 | AVONORA PHARMACY | $ 2,198.50 | Denied | NO |
| 0231623930000003 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0626841250101013 | AVK RX INC | $ 3,397.39 | Denied | NO |
| 0414240410101029 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0635791240101030 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0586926140101024 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0648628170101019 | AVK RX INC | $ 1,275.70 | Denied | NO |
| 0538015340105091 | AVK RX INC | $ 1,488.30 | Denied | NO |
| 0634213700000001 | AVK RX INC | $ 354.73 | Denied | NO |
| 0627837230101024 | AVONORA INC | $ 2,239.20 | Denied | NO |
| 8720719330000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0419170510101022 | AVK RX INC | $ 1,583.38 | Denied | NO |
| 0282482270000001 | AVK RX INC | $ 7,093.32 | Denied | NO |
| 0482074350101049 | AVK RX INC | $ 1,356.64 | Denied | NO |
| 0562587840101049 | AVK RX PHARMACY | $ 1,088.27 | Denied | NO |
| 8712898640000001 | AVK RX INC | $ 2,212.24 | Denied | NO |
| 0563185110000001 | AVK RX INC | $ 1,321.00 | Denied | NO |
| 0566096100101021 | AVK RX INC | $ 1,228.40 | Denied | NO |
| 0664609430101019 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0304949240101025 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0679395980000001 | AVK RX INC | $ 1,321.48 | Denied | NO |
| 0512376610101012 | AVK RX INC | $ 1,897.20 | Denied | NO |
| 0598621160101031 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0671783450000001 | AVK RX INC | $ 51.50 | Denied | NO |
| 8724792340000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 8691917860000003 | AVONORA PHARMACY INC | $ 2,137.75 | Denied | NO |
| 0108824990101011 | AVK RX INC | $ 1,488.30 | Denied | NO |
| 0634943660000003 | AVK RX INC | $ 838.00 | Denied | NO |
| 0523802130101022 | AVONORA PHARMACY | $ 2,065.45 | Denied | NO |
| 0518346860101050 | AVK RX INC | $ 62.22 | Denied | NO |
| 0108269480101122 | AVONORA PHARMACY | $ 4,000.74 | Denied | NO |
| 0411564400101093 | AVK RX INC | $ 2,657.61 | Denied | NO |

**Government Employees Insurance Company, et al v. Avonora Inc. et al**

**Exhibit "B"**

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 0543114860101025 | AVK RX INC | $ 1,483.20 | Denied | NO |
| 0604792290000001 | AVK RX INC | $ 1,218.72 | Denied | NO |
| 0594531210000002 | AVK RX INC | $ 1,897.20 | Denied | NO |
| 0433366310101052 | AVK RX INC | $ 1,892.14 | Denied | NO |
| 8708588120000001 | AVONORA PHARMACY | $ 2,988.80 | Denied | NO |
| 0461393720101023 | AVK RX INC | $ 2,171.14 | Denied | NO |
| 0624271200101015 | AVK RX INC | $ 1,428.88 | Denied | NO |
| 0626841250101013 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0515612480101051 | AVONORA PHARMACY INC | $ 2,369.00 | Denied | NO |
| 8713784110000001 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0642449280000001 | AVK RX INC | $ 2,631.20 | Denied | NO |
| 0363473740101036 | AVK RX INC | $ 4,393.87 | Denied | NO |
| 0584716420101011 | AVK RX INC | $ 7,093.44 | Denied | NO |
| 0673324020000002 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0611643810101016 | AVK RX INV | $ 1,347.30 | Denied | NO |
| 0404953750101028 | AVONORA INC | $ 1,976.00 | Denied | NO |
| 0450731720101034 | AVONORA PHARMACY | $ 797.33 | Denied | NO |
| 0543114860101025 | AVK RX INC | $ 1,339.80 | Denied | NO |
| 0537626660101100 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0419170510101022 | AVK RX INC | $ 3,125.17 | Denied | NO |
| 0625686750000004 | AVK RX INC | $ 1,472.40 | Denied | NO |
| 8712898640000001 | AVK RX INC | $ 1,165.80 | Denied | NO |
| 8680164380000001 | AVK RX INC | $ 1,573.01 | Denied | NO |
| 0682678290000001 | AVK RX INC | $ 661.61 | Denied | NO |
| 0395204450101038 | AVONORA INC | $ 2,150.10 | Denied | NO |
| 0645238130000003 | AVK RX INC | $ 1,229.04 | Denied | NO |
| 0628932710000001 | AVK RX INC | $ 1,971.14 | Denied | NO |
| 8717123100000004 | AVONORA INC | $ 1,623.70 | Denied | NO |
| 0108269480101122 | AVONORA INC | $ 4,000.74 | Denied | NO |
| 0425118320101090 | AVK RX INC | $ 1,488.94 | Denied | NO |
| 0520219140101046 | AVK RX INC | $ 2,557.68 | Denied | NO |
| 0645238130000003 | AVK RX INC | $ 2,078.54 | Denied | NO |
| 8774077730000001 | AVONORA INC | $ 2,756.50 | Denied | NO |
| 0138745030000002 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0556926300000001 | AVK RX INC | $ 4,518.54 | Denied | NO |
| 0282482270000001 | AVK RX INC | $ 3,125.54 | Denied | NO |
| 0651544280101016 | AVRX RX INC | $ 1,897.20 | Denied | NO |
| 0109637940101035 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0651864700000002 | AVK RX INC | $ 1,897.14 | Denied | NO |
| 0489698260101040 | AVONORA INC | $ 1,623.70 | Denied | NO |
| 0385489870101046 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 0431216800101086 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |

Government Employees Insurance Company, et al v. Avonora Inc. et al

Exhibit "B"

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 0625686750000004 | AVK RX INC | $  1,483.20 | Denied | NO |
| 8698839850000002 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0205894240101014 | AVK RX INC | $  1,897.20 | Denied | NO |
| 0170484740101044 | AVK RX INC | $  2,631.20 | Denied | NO |
| 0515612480101051 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0311218480101023 | AVONORA PHARMACY INC | $  1,994.08 | Denied | NO |
| 0313347410101067 | AVK RX INC | $  1,321.48 | Denied | NO |
| 8693730910000004 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0450061830101019 | AVK RX INC | $  1,321.48 | Denied | NO |
| 0562587840101049 | AVK RX INC | $  1,181.56 | Denied | NO |
| 0437967670101024 | AVK RX PHARMACY | $  1,929.04 | Denied | NO |
| 0440043500101026 | AVK RX INC | $  2,626.40 | Denied | NO |
| 0659408890000001 | AVK RX INC | $  3,217.34 | Denied | NO |
| 0433366310101052 | AVK RX INC | $  3,125.17 | Denied | NO |
| 0431238650101130 | AVK RX INC | $  948.60 | Denied | NO |
| 0682900540000001 | AVK RX INC | $  1,362.10 | Denied | NO |
| 0430889170107046 | AVK RX INC | $  1,488.30 | Denied | NO |
| 0251496830101017 | AVK RX INC | $  1,321.00 | Denied | NO |
| 0612149460000004 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0166681390101076 | AVK RX INC | $  1,966.84 | Denied | NO |
| 0171742080000001 | AVONORA INC | $  2,261.76 | Denied | NO |
| 0585441200000001 | AVONORA INC | $  2,293.00 | Denied | NO |
| 0537626660101100 | AVK RX INC | $  228.42 | Denied | NO |
| 0664609430101019 | AVK RX INC | $  1,041.92 | Denied | NO |
| 0491430380101044 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0617171650101030 | AVONORA PHARMACY | $  176.13 | Denied | NO |
| 0641045460101022 | AVK RX INC | $  1,897.14 | Denied | NO |
| 8714695580000001 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0504190810101022 | AVONORA PHARMACY | $  2,003.36 | Denied | NO |
| 0520791740000003 | AVK RX INC | $  1,472.40 | Denied | NO |
| 0626841250101013 | AVK RX INC | $  1,897.20 | Denied | NO |
| 0611222880000003 | AVONORA INC | $  1,623.70 | Denied | NO |
| 8699236780000001 | AVK RX INC | $  1,362.10 | Denied | NO |
| 0286783350101100 | AVONORA PHARMACY INC | $  2,988.80 | Denied | NO |
| 0419170510101022 | AVK RX INC | $  1,583.35 | Denied | NO |
| 0504190810101022 | AVONORA PHARMACY | $  1,998.37 | Denied | NO |
| 0321101840101273 | AVK RX INC | $  3,217.34 | Denied | NO |
| 0663635650101018 | AVK RX INC | $  1,041.92 | Denied | NO |
| 0537626660101100 | AVK RX INC | $  1,041.92 | Denied | NO |
| 0315213000101090 | AVK RX INC | $  67.40 | Denied | NO |
| 0672062610000001 | AVK RX INC | $  2,182.45 | Denied | NO |
| 0619198990000003 | AVK RX INC | $  614.44 | Denied | NO |

**Government Employees Insurance Company, et al v. Avonora Inc. et al**
**Exhibit "B"**

| Claim Number | Pharmacy Name | Charged Amount | Bill Status | Litigation Status |
|---|---|---|---|---|
| 0682258390000003 | AVK RX INC | $ 1,228.40 | Denied | NO |
| 0021852250101051 | AVONORA PHARMACY | $ 260.66 | Denied | NO |
| 0254251370101028 | AVONORA PHARMACY INC | $ 2,894.10 | Denied | NO |
| 0094277130101067 | AVONORA PHARMACY | $ 1,994.08 | Denied | NO |
| 06352915100000001 | AVK RX INC | $ 592.90 | Denied | NO |
| 0097806870101266 | AVONORA PHARMACY INC | $ 2,988.80 | Denied | NO |
| 0493736340101081 | AVONORA INC | $ 1,661.95 | Denied | NO |
| 0433366310101052 | AVK RX PHARMACY | $ 2,079.85 | Denied | NO |
| 0546488970101026 | AVONORA INC B | $ 2,138.67 | Denied | NO |
| 0517266780101047 | AVK RX INC | $ 653.11 | Denied | NO |
| 0523802130101022 | AVONORA PHARMACY | $ 248.80 | Denied | NO |
| 0428449650101072 | AVK RX INC | $ 1,041.92 | Denied | NO |
| 8755478600000004 | AVONORA INC | $ 2,101.30 | Denied | NO |