# Exhibit "C"

# Transaction Inquiry Report
**07/01/22 - 10/31/22**



| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 09/14/2022  12:19:04PM | CK0300C | 01-0000085414 | $33,030.56 | $990.92 |

**SSN:** 

**Customer:** 01-0002095
ALLA KURATOVA

**Check Details:**
RoutingNumber :
AccountNumber :
CheckNumber : 003888
CheckDate : 8/31/2022  12:00:00AM

**Company:** 01-0004738
NEW YORK

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203

# Transaction Inquiry Report
**01/01/22 - 06/30/22**

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 06/14/2022  04:02:07PM | CK0300C | 01-0000077619 | $84,691.81 | $2,540.75 |

**SSN:** █████████

**Customer:** 01-0002095
ALLA KURATOVA
████████████████

**Check Details:**
**RoutingNumber :** ████████
**AccountNumber :** ██████████
**CheckNumber :** 434517
**CheckDate :** 6/9/2022  12:00:00AM

**Company:** 01-0005624
RX REVERSE DISTRIBUTORS INC
9255 US HWY 1
SEBASTIAN FL 32958

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 06/14/2022  04:01:20PM | CK0300C | 01-0000077618 | $20,323.27 | $609.70 |

**SSN:** █████████

**Customer:** 01-0002095
ALLA KURATOVA
████████████████

**Check Details:**
**RoutingNumber :** ████████
**AccountNumber :** ██████████
**CheckNumber :** 003411
**CheckDate :** 6/7/2022  12:00:00AM

**Company:** 01-0004738
NEW YORK

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203

## Transaction Inquiry Report
**01/01/22 - 06/30/22**

| Transaction Date | ItemCode | Transaction ID | Tran Amount | Tran Fee |
|---|---|---|---|---|
| 06/14/2022  04:32:13PM | CK0300C | 01-0000077631 | $71,401.86 | $2,142.06 |

**SSN:**  
**Customer:** 01-0002095  
ALLA KURATOVA

**Check Details:**  
**RoutingNumber :**  
**AccountNumber :**  
**CheckNumber :** 003410  
**CheckDate :** 6/7/2022  12:00:00AM

**Company:** 01-0004738  
NEW YORK

**Commercial Name:** 01-983  
AVONORA PHARMACY INC  
149-01 UNION TPKE  
FLUSHING NY 11367



# Transaction Inquiry Report
**01/01/22 - 06/30/22**

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 05/10/2022  01:08:24PM | CK0300C | 01-0000074814 | $29,269.48 | $878.08 |

**SSN:**

**Customer:** 01-0002095
ALLA KURATOVA

**Check Details:**
**RoutingNumber :**
**AccountNumber :**
**CheckNumber :** 003192
**CheckDate :** 5/2/2022  12:00:00AM

**Company:** 01-0004738
NEW YORK

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367



## Transaction Inquiry Report
### 01/01/22 - 06/30/22



| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 05/10/2022  01:05:57PM | CK0300C | 01-0000074809 | $39,796.50 | $1,193.90 |

**SSN:** ▮▮▮▮▮▮▮
**Customer:** 01-0002095
ALLA KURATOVA
▮▮▮▮▮▮▮▮▮▮

**Check Details:**
**RoutingNumber :** ▮▮▮▮▮▮▮
**AccountNumber :** ▮▮▮▮▮▮▮
**CheckNumber :** 003195
**CheckDate :** 5/2/2022  12:00:00AM

**Company:** 01-0004738
NEW YORK

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367

# Transaction Inquiry Report
## 01/01/22 - 06/30/22

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/09/2022  02:54:13PM | CK0300C | 01-0000067531 | $49,042.17 | $1,471.27 |

**SSN:** ▮▮▮▮▮
**Customer:** 01-0002095
ALLA KURATOVA
▮▮▮▮▮

**Check Details:**
**RoutingNumber :** ▮▮▮▮▮
**AccountNumber :** ▮▮▮▮▮
**CheckNumber :** 426273
**CheckDate :** 1/20/2022  12:00:00AM

**Company:** 01-0005624
RX REVERSE DISTRIBUTORS INC
9255 US HWY 1
SEBASTIAN FL 32958

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/09/2022  02:53:53PM | CK0300C | 01-0000067530 | $14,963.44 | $448.90 |

**SSN:** ▮▮▮▮▮
**Customer:** 01-0002095
ALLA KURATOVA
▮▮▮▮▮

**Check Details:**
**RoutingNumber :** ▮▮▮▮▮
**AccountNumber :** ▮▮▮▮▮
**CheckNumber :** 002722
**CheckDate :** 1/26/2022  12:00:00AM

**Company:** 01-0004738
NEW YORK

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203

# Transaction Inquiry Report
## 01/01/22 - 06/30/22

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/23/2022  03:03:35PM | CK0300C | 01-0000068644 | $22,847.75 | $685.43 |

**SSN:** ████████

**Customer:** 01-0002095
ALLA KURATOVA
████████████

**Check Details:**
RoutingNumber : ████████
AccountNumber : ████████
CheckNumber : 1011232473
CheckDate : 1/26/2022  12:00:00AM

**Company:** 01-0004928
CVS

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/23/2022  03:03:16PM | CK0300C | 01-0000068643 | $24,282.13 | $728.46 |

**SSN:** ████████

**Customer:** 01-0002095
ALLA KURATOVA
████████████

**Check Details:**
RoutingNumber : ████████
AccountNumber : ████████
CheckNumber : 1011237057
CheckDate : 2/2/2022  12:00:00AM

**Company:** 01-0004928
CVS

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367

## Transaction Inquiry Report
**01/01/22 - 06/30/22**

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/09/2022  02:54:13PM | CK0300C | 01-0000067531 | $49,042.17 | $1,471.27 |

**SSN:** ███

**Customer:** 01-0002095
ALLA KURATOVA
███

**Check Details:**
RoutingNumber : ███
AccountNumber : ███
CheckNumber : 426273
CheckDate : 1/20/2022  12:00:00AM

**Company:** 01-0005624
RX REVERSE DISTRIBUTORS INC
9255 US HWY 1
SEBASTIAN FL 32958

**Commercial Name:** 01-981
AVK RX INC
3904 CHURCH AVE
BROOKLYN NY 11203



# Transaction Inquiry Report
## 01/01/22 - 06/30/22

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/23/2022  03:03:35PM | CK0300C | 01-0000068644 | $22,847.75 | $685.43 |

**SSN:** ███████

**Customer:** 01-0002095
ALLA KURATOVA
███████████

**Check Details:**
RoutingNumber : ███████
AccountNumber : ███████
CheckNumber : 1011232473
CheckDate : 1/26/2022  12:00:00AM

**Company:** 01-0004928
CVS

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367

| **Transaction Date** | **ItemCode** | **Transaction ID** | **Tran Amount** | **Tran Fee** |
|---|---|---|---|---|
| 02/23/2022  03:03:16PM | CK0300C | 01-0000068643 | $24,282.13 | $728.46 |

**SSN:** ███████

**Customer:** 01-0002095
ALLA KURATOVA
███████████

**Check Details:**
RoutingNumber : ███████
AccountNumber : ███████
CheckNumber : 1011237057
CheckDate : 2/2/2022  12:00:00AM

**Company:** 01-0004928
CVS

**Commercial Name:** 01-983
AVONORA PHARMACY INC
149-01 UNION TPKE
FLUSHING NY 11367